9:14 Am

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

6

7

8                UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11  UNITED STATES OF AMERICA, )   CASE NO. ACV 07-7935
                              )
12       Plaintiff,           )   CONSENT JUDGMENT
                              )
13       v.                   )
                              )
14  DONNELL M. GIBSON,        )
                              )
15       Defendant.           )
                              )
16  _____  )

17

18       Pursuant to the above stipulation of the parties, Judgment is hereby entered

19  in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,

20  DONNELL M. GIBSON, in the total amount of $5,775.57.

21

22  Dated:  1-16-2008            SHERRI R. CARTER, CLERK
                                 United States District Court
23                               Central District of California

24                               _____
                                 By: Deputy Clerk
25

26

27

28

                                   1